**Order entered October 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00470-CV

**JOHN DOE I, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE II, A MINOR, Appellant**

**V.**

**WILLIAM C. ANDERSON, LEVONNA C. ANDERSON, ALEXANDER A. ANDERSON, RIPLEY ENTERTAINMENT, INC., AND JIM PATTISON U.S.A., INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07174**

## ORDER

Before the Court is appellant's October 10, 2018 second unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 13, 2018. We caution appellant that further extension requests will be disfavored.

/s/    ADA BROWN
        JUSTICE